Priority ___
Send ___
Enter ___
Closed ___
~~JS-5~~/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDO BURNETTE, | Case No. CV 09-8551-RGK (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| LOS ANGELES COUNTY SUPERIOR COURT, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: JAN 29 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE